# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CALVIN TAYLOR STEVENS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ANTHONY JONES, : <br> : <br> Defendant. : | Civil Action No. 16-8694 (BRM) <br><br> **MEMORANDUM AND ORDER** |

**THIS MATTER** is opened to the Court by *pro se* Plaintiff Calvin Taylor Stevens ("Plaintiff"), upon the filing of a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1).

On March 18, 2018, Plaintiff submitted a letter to the Court (ECF No. 39) requesting a "hold" on Defendant Anthony Jones's pending Motion to Dismiss, which was filed on February 18, 2018 (ECF No. 31). Plaintiff states he will be appearing in Middlesex County Superior Court in mid-April to challenge a sentence and he does not know what the outcome will be. (ECF No. 39.) He also states he will be in Somerset County Superior Court during the week of March 20th for "his children" and, thereafter, he will be transferred to another prison, which has yet to be determined. (*Id.*) Plaintiff does not request a specific amount of time for the "hold" but instead states he will contact the Court as soon as he can, once he is settled at his new prison. (*Id.*)

In light of Plaintiff's request, and his anticipated multiple transfers, Plaintiff's case is temporarily stayed. Within thirty (30) days of Plaintiff's arrival at his final prison destination, and receipt of his necessary legal and mailing materials, Plaintiff shall submit a letter to this Court requesting to re-open this matter. Failure to do so may result in sanctions.

Accordingly,

**IT IS** it is on this 5th day of April 2018,

**ORDERED** that the Clerk of the Court shall **STAY** and **ADMINISTRATIVELY TERMINATE** this matter; within 30 days of Plaintiff's arrival at his final prison destination, and receipt of his necessary legal and mailing materials, Plaintiff shall submit a letter to this Court requesting to re-open this matter; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**